# United States Court of Appeals
## For the First Circuit

No. 10-2053

PEOPLES FEDERAL SAVINGS BANK,

Plaintiff, Appellant,

v.

PEOPLE'S UNITED BANK,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on February 10, 2012, is amended as follows:

On p. 27, lines 4-5:  "... weighed in favor of People's United" should read "weighed in favor of Peoples Federal"